UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HOWARD COHAN,                           CASE NO.:16-cv-61735-COOK/TORRES

    Plaintiff,

vs.

SUNSHINE GASOLINE DISTRIBUTORS, INC.
d/b/a CHEVRON,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, SUNSHINE GASLINE DISTRIBUTORS, INC. d/b/a CHEVRON, have reached an agreement for the resolution of this matter, and are in the process of finalizing settlement documents. The parties respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

BY:   /s/ Peter S. Leiner
       Jason S. Weiss
       Jason@jswlawyer.com
       Florida Bar No. 356890
       Peter S. Leiner
       Peter@jswlawyer.com
       Florida Bar No. 104527
       **WEISS LAW GROUP, P.A.**
       5531 N. University Drive, Suite 103
       Coral Springs, FL 33067
       Tel: (954) 573-2800
       Fax: (954) 573-2798
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

BY: /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527