UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HOWARD COHAN,  CASE NO.:16-cv-61735-COOK/TORRES

    Plaintiff,

vs.

SUNSHINE GASOLINE DISTRIBUTORS, INC.
d/b/a CHEVRON,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HOWARD COHAN, and Defendant, SUNSHINE GASOLINE DISTRIBUTORS, INC.., stipulate, and the parties agree to dismiss this case with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case with prejudice, both parties to bear their own fees and costs.

Dated: January 9, 2017

| WEISS LAW GROUP, P.A. | COLE, SCOTT & KISSANE, P.A. |
|---|---|
| *Attorneys for Plaintiff* | *Counsel for Defendant Sunshine Gasoline Distributors, INC* |
| 5531 N. University Drive | 9150 S. Dadeland Boulevard, 14th Floor |
| Suite 103 | Miami, Florida 33256 |
| Coral Springs, FL 33067 | Telephone (305) 350-5338 |
| Tel: (954) 573-2800 | Facsimile (305) 373-2294 |
| Fax: (954) 573-2798 | |
| | BY: *s/ Edward S. Polk* |
| BY:  /s/ Peter S. Leiner | Edward S. Polk |
| Jason S. Weiss | Fla. Bar No. 239860 |
| Jason@jswlawyer.com | Stephanie Koutsodendris |
| Florida Bar No. 356890 | Fla. Bar No. 123583 |
| Peter S. Leiner | Primary e-mail: edward.polk@csklegal.com |
| Peter@jswlawyer.com | Secondary e-mail: Danise.Townsend@csklegal.com |
| Florida Bar No. 104527 | |

1